1  GORDON C. YOUNG, CASB NO. 158100
   Gordon.Young@kyl.com
2  JULIE A. KOLE, CASB NO. 203681
   Julie.kole@kyl.com
3  ANNE MORIARTY, CASB No. 251803
   Annie.moriarty@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
6  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
7  Attorneys for Defendant
   PIPER JAFFRAY & CO.
8

ORIGINAL FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  CHARLES JASON MORAN,                  CV 08    3188
13                      Plaintiff,     ) Case No.
                                        )
14          vs.                         )
                                        ) NOTICE OF REMOVAL OF CIVIL
15  PIPER JAFFRAY & CO., d/b/a PIPER    ) ACTION PURSUANT TO 28 U.S.C.
    JAFFRAY,                            ) § 1441
16                      Defendant.      )
                                        ) [Diversity Jurisdiction]
17                                      )
                                        )
18                                      )
                                        )
19

20  TO THE CLERK OF THE UNTIED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF CALIFORNIA:
21

22      PLEASE TAKE NOTICE that Defendant PIPER JAFFRAY & CO. hereby

23  removes to this Court the state court action described below:

24

25

26

- 1 -
NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441

KYL_SF463475

|   |   |
|---|---|
| 1 | **I.   PLEADINGS AND PROCEEDINGS TO DATE** |
| 2 | 1.   Defendants have been named in a civil action filed June 19, 2008, in |
| 3 | the Superior Court of the State of California, County of San Francisco, entitled |
| 4 | <u>Charles Jason Moran v. Piper Jaffray & Co., d/b/a Piper Jaffray</u>, Case No. CGC 08- |
| 5 | 476490. A true and correct copy of that state court Complaint and Summons are |
| 6 | attached hereto as Exhibit 1 to the Declaration of Anne Moriarty ("Moriarty |
| 7 | Declaration"). |
| 8 | 2.   True and correct copies of all the process, pleadings, and orders served |
| 9 | upon Defendant, other than the Summons and Complaint, are attached hereto as |
| 10 | Exhibits 2 through 11 to the Moriarty Declaration. |
| 11 | |
| 12 | **II.   JURISDICTION** |
| 13 | 3.   This action is a civil action of which this Court has original jurisdiction |
| 14 | under 28 U.S.C. § 1332, and is one which may be removed to this Court by |
| 15 | Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil |
| 16 | action between citizens of different states and the matter in controversy exceeds the |
| 17 | sum of $75,000, exclusive of interest and costs. The amount in controversy is the |
| 18 | potential liability of Defendant which is at least $392,800, the value of Plaintiff's |
| 19 | restricted stock as alleged by Plaintiff. <u>See</u>, ¶3 of the Declaration of Charles Jason |
| 20 | Moran In Support of Motion for Preliminary Injunction attached as Exhibit 8 to the |
| 21 | Moriarty Declaration; <u>see, also</u>, Plaintiff's Memorandum of Law and Points of |
| 22 | Authorities in Support of Plaintiff's Motion For Preliminary Injunction, pg. 2, ln. 16- |
| 23 | 17 attached as Exhibit 7 to the Moriarty Declaration. |
| 24 | 4.   Complete diversity of citizenship exists. Plaintiff Charles Jason Moran |
| 25 | is currently and was at the time of the commencement of this action a citizen of the |
| 26 | State of California. Defendant Piper Jaffray & Co. is currently and was at the time |

of the commencement of this action a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Minnesota.

5. Accordingly, because there is complete diversity of citizenship, this Court has original jurisdiction over this matter under 28 U.S.C. §1332. Furthermore, Defendant is not a citizen of the State of California. Defendant may therefore remove this action to this Court pursuant to the provision of 28 U.S.C. § 1441(a) and (b).

### III.   VENUE AND INTRADISTRICT ASSIGNMENT

11. Pursuant to 28 U.S.C. § 1441(a), this action is properly removed to the Northern District of California, because this District embraces the Superior Court of California, County of San Francisco.

12. Pursuant to Local Rule 3.2(c) and (d), this action is properly assigned to the San Francisco Division because this action arose and was filed in the county of San Francisco.

### IV.   NOTICE

13. This Notice of Removal is filed within thirty days after the receipt by Defendant of a copy of the Complaint. *See* 28 U.S.C. § 1446(b).

14. Concurrent with the filing of this Notice, Defendant has provided written notice thereof to all adverse parties in compliance with 28 U.S.C. § 1446(d). A true and correct copy of that Notice is attached as Exhibit 13 to the Moriarty Declaration.

15. Defendant has also currently filed a copy of the Notice of Removal with the Clerk of the Superior Court of the State of California for the County of San

1  Francisco. A true and correct copy of that Notice is attached hereto as Exhibit 12
2  to the Moriarty Declaration.

3

4      WHEREFORE, Defendant prays that the above-referenced action pending in
5  the Superior Court of the State of California, County of San Francisco be removed
6  therefrom to this Court.

7

8      DATED at San Francisco this 2nd day of July, 2008.

9

10

11  *[signature: Anne Moriarty]*

12  GORDON C. YOUNG
    JULIE A. KOLE
13  ANNE MORIARTY
    KEESAL, YOUNG & LOGAN
14  Attorneys for Defendant
15  PIPER JAFFRAY & CO.

- 4 -

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441

KYL_SF463475