ORIGINAL FILED
JUL - 3 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES JASON MORAN

        Plaintiff(s),

v.

PIPER JAFFRAY & CO., d/b/a PIPER JAFFRAY

        Defendant(s).

No. C v 08-3188 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 3, 2008

Anne M. Moriarty
*Anne Moriarty* (signature)
Signature

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

NDC-06