```
 1  GORDON C. YOUNG, CASB NO. 158100
    Gordon.Young@kyl.com
 2  JULIE A. KOLE, CASB NO. 203681
    Julie.kole@kyl.com
 3  ANNE MORIARTY, CASB No. 251803
    Annie.moriarty@kyl.com
 4  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 5  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 6  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 7
    Attorneys for Defendant
 8  PIPER JAFFRAY & CO.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES JASON MORAN, | ) Case No. CV 08-3188 JSW |
|---|---|
| Plaintiffs, | ) **AMENDED NOTICE OF HEARING ON** |
| | ) **DEFENDANT PIPER JAFFRAY &** |
| vs. | ) **CO.'S (1) PETITION TO COMPEL** |
| | ) **ARBITRATION; AND (2) MOTION TO** |
| PIPER JAFFRAY & CO., d/b/a PIPER JAFFRAY, | ) **STAY PROCEEDINGS** |
| | ) |
| Defendant. | ) Date:  August 22, 2008 |
| | ) Time:  9:00 a.m. |
| | ) Place: Department 2, 17th Floor |
| | ) Judge: The Hon. Jeffrey S. White |
| | ) |
| | ) [9 U.S.C. § 1, *et. seq.*] |

KYL_SF463919

AMENDED NOTICE OF DEFENDANT'S (1) PETITION TO COMPEL ARBITRATION AND (2) MOTION TO STAY PROCEEDINGS -- CV 08-3188 JSW

TO PLAINTIFF CHARLES JASON MORAN AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 22, 2008 at 9:00 a.m., or as soon thereafter as may be heard in Department 2, 17th Floor, the Honorable Jeffrey S. White, presiding, in the above-entitled Court located at 450 Golden Gate Avenue, Defendant PIPER JAFFRAY & CO. ("Defendant") will Petition the Court for an Order Compelling Plaintiff to submit his claims against Defendant to binding arbitration before The Financial Industry Regulatory Authority (f/k/a the National Association of Securities Dealers) ("FINRA") pursuant to the terms of the Form U-4 Uniform Application For Securities Industry Registration or Transfer which Plaintiff executed in connection with his employment with Piper Jaffray & Co. and as is required of Registered Representatives in the securities industry. Defendant will also move the Court for an Order staying these proceedings pending the outcome of the arbitration before FINRA.

The Petition is based upon this Notice, the accompanying Petition, the Memorandum of Points and Authorities, the Declaration of Anne Moriarty, the Declaration of Ann McCague, the Compendium of Authorities, records and exhibits on file, and such further evidence as may be presented prior to or at the time of the hearing.

This Amended Notice supersedes the previously filed Notice, in which the hearing date had been scheduled for August 20, 2008 at 1:30 p.m. in Department F, the Honorable James Larson presiding.

DATED: July 8, 2008

//s/ Anne M. Moriarty
GORDON C. YOUNG
JULIE A. KOLE
ANNE MORIARTY
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
PIPER JAFFRAY & CO.

-1-   KYL_SF463919

AMENDED NOTICE OF DEFENDANT'S (1) PETITION TO COMPEL ARBITRATION AND (2) MOTION TO STAY PROCEEDINGS -- CV 08-3188 JSW