1  GORDON C. YOUNG, CASB NO. 158100
   Gordon.Young@kyl.com
2  JULIE A. KOLE, CASB NO. 203681
   Julie.kole@kyl.com
3  ANNE MORIARTY, CASB No. 251803
   Annie.moriarty@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
6  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
7
   Attorneys for Defendant
8  PIPER JAFFRAY & CO.

9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14 | CHARLES JASON MORAN,              ) Case No.
                                       )
15 |                        Plaintiff, )
                                       ) **PROOF OF SERVICE**
16 |        vs.                        )
                                       )
17 | PIPER JAFFRAY & CO., d/b/a PIPER  )
     JAFFRAY,                          )
18 |                                   )
                         Defendant.    )
19 |                                   )
                                       )
20 | _____   )

21

22

23

24

25

26

27

28

KYL_SF463746

PROOF OF SERVICE

**PROOF OF SERVICE**
*Moran v. Piper Jaffray*
**SFSC Case No. CGC-08-476490**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111.

On July 2, 2008, I served the foregoing documents described as:

**DECLARATION OF ANNE MORIRARTY IN SUPPORT OF REMOVAL OF CIVIL ACTION; NOTICE OF REMOVAL** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Matthew C. Helland, Esq.
Nichols Kaster & Anderson LP
One Embarcadero Center, Suite 720
San Francisco, CA  94111

[ ]  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail at San Francisco, California, and addressed as set forth below.

[XX]  by personally delivering, or causing to be delivered, a true copy thereof to the person(s) and at the address(es) set forth below.

[ ]  by causing a true copy thereof to be delivered to the party or parties at the address(es) listed below, by and/or through services of:

_____  Overnight Delivery (i.e., Federal Express, DHL or other similar service)

Pursuant to California Rules of Court, Rule 201, and the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by section 42202 of the Public Resources Code.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 2, 2008 at San Francisco, California.

_____
Lara Joel

KYL_SF463746

PROOF OF SERVICE -