GORDON C. YOUNG, CASB NO. 158100
Gordon.Young@kyl.com
JULIE A. KOLE, CASB NO. 203681
Julie.kole@kyl.com
ANNE MORIARTY, CASB No. 251803
Annie.moriarty@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
PIPER JAFFRAY & CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHARLES JASON MORAN,

Plaintiff,

vs.

PIPER JAFFRAY & CO., d/b/a PIPER JAFFRAY,

Defendant.

Case No. CV 08-3188 JL

**PROOF OF SERVICE**

# PROOF OF SERVICE

***Moran v. Piper Jaffray***

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111.

On July 3, 2008, I served the foregoing documents described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Matthew C. Helland, Esq.
Nichols Kaster & Anderson LP
One Embarcadero Center, Suite 720
San Francisco, CA 94111

[XX] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail at San Francisco, California, and addressed as set forth below.

[ ] by personally delivering, or causing to be delivered, a true copy thereof to the person(s) and at the address(es) set forth below.

[ ] by causing a true copy thereof to be delivered to the party or parties at the address(es) listed below, by and/or through services of:

_____ Overnight Delivery (i.e., Federal Express, DHL or other similar service)

Pursuant to California Rules of Court, Rule 201, and the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by section 42202 of the Public Resources Code.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 3, 2008 at San Francisco, California.

Lara Joel