IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JASON MORAN,<br><br>    Plaintiff,<br><br>  v.<br><br>PIPER JAFFRAY & CO. d/b/a PIPER JAFFRAY,<br><br>    Defendant.<br>_____/ | No. C 08-03188 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on August 22, 2008 on Defendant's petition to compel arbitration and motion to stay proceedings. The Court HEREBY ORDERS that an opposition to these motions shall be filed by no later than July 23, 2008 and a reply brief shall be filed by no later than July 30, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 9, 2008

                                                JEFFREY S. WHITE<br>                                              UNITED STATES DISTRICT JUDGE