| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON LLP |
| | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | Helland@nka.com |
| | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 277-7235 |
| 4 | Facsimile: (415) 277-7238 |

**ENDORSED FILED**
Superior Court of California
County of San Francisco

JUN 19 2008

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

NICHOLS KASTER & ANDERSON, PLLP
James H. Kaster, CA State Bar No. 248949
kaster@nka.com
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Plaintiff

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

Charles Jason Moran,

    Plaintiff,

v.

Piper Jaffray & Co.,
d/b/a Piper Jaffray,

    Defendant.

CASE NO: CGC-08-476490

**DECLARATION OF CHARLES JASON MORAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Date: July 7, 2008
Time: 9:30 a.m.
Dept: Law + Motion, Rm 302

**DECLARATION OF CHARLES JASON MORAN**

I, Charles Jason Moran, do hereby declare:

1. I am over the age of 18 and competent to testify to the matters set forth in this declaration. I make this declaration in support of my motion for a preliminary injunction, and based on my own personal knowledge.

2. I currently live in San Francisco. I moved to San Francisco in 1996. I started working for Piper Jaffray in April 1999. My in person interviews for the Piper Jaffray job took place in San Francisco. During the 9 years I worked for Piper Jaffray, I always worked out of Piper Jaffray's office in San Francisco. Piper Jaffray never provided me with a permanent office in any other location.

3. I own Piper Jaffray stock that is currently unvested and subjected to restrictive stock agreements. As of today, the value of my shares is approximately $392,800. As far as I am aware, Piper Jaffray has not yet cancelled these shares of stock.

4. I will realize ordinary income from these shares when they vest. When my shares have vested in the past, Piper Jaffray has sold a portion of my vested shares to cover the applicable income tax.

5. I believe that Piper Jaffray's stock is currently trading at a low value given current economic conditions, and that it may increase in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June 2008,
at San Francisco, California.

_____
Charles Jason Moran

-2-

**DECLARATION OF CHARLES JASON MORAN**