```
 1  GORDON C. YOUNG, CASB NO. 158100
    Gordon.Young@kyl.com
 2  JULIE A. KOLE, CASB NO. 203681
    Julie.kole@kyl.com
 3  ANNE MORIARTY, CASB No. 251803
    Annie.moriarty@kyl.com
 4  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 5  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 6  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 7
    Attorneys for Defendant
 8  PIPER JAFFRAY & CO.
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JASON MORAN, | Case No. CV 08-3188 JSW |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| PIPER JAFFRAY & CO., d/b/a PIPER JAFFRAY, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT counsel for Defendant PIPER JAFFRAY & CO. will be moving. Keesal, Young & Logan's new address, effective July 14, 2008 will be:

KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
Phone and fax numbers will remain the same.

- 2 -

1  All correspondence should be directed to our new address effective July 14,
2  2008.
3
4  DATED: July ___, 2008         //s/ Anne M. Moriarty
                                  GORDON C. YOUNG
5                                 JULIE A. KOLE
                                  ANNE M. MORIARTY
6                                 KEESAL YOUNG & LOGAN
                                  Attorneys for PIPER JAFFRAY & CO.
7

- 2 -                                                              KYL_SF463356

NOTICE OF CHANGE OF ADDRESS -- CV 08-3188 JSW