NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
James H. Kaster, CA State Bar No. 248949
kaster@nka.com
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile:  (612) 338-4878

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charles Jason Moran,<br><br>          Plaintiff,<br><br>v.<br><br>Piper Jaffray & Co.,<br>d/b/a Piper Jaffray,<br><br>          Defendant. | **CASE NO: 08-cv-3188**<br><br>**DECLARATION OF MATTHEW C. HELLAND IN OPPOSITION TO DEFENDANT'S**<br><br>   **(1) PETITION TO COMPEL ARBITRATION; AND**<br><br>   **(2) MOTION TO STAY PROCEEDINGS**<br><br>Date: August 22, 2008<br>Time: 9:00 a.m.<br>Place: Department 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

**DECLARATION OF MATTHEW C. HELLAND**

1. My name is Matthew C. Helland. I am over the age of eighteen and competent to testify to the matters set forth herein. I make this declaration based on my own personal knowledge. I am counsel of record for the Plaintiff in this action.

2. Prior to filing Defendant's petition to compel arbitration and motion to stay, Anne Moriarty, Counsel for Defendant, called me. She requested that Plaintiff bring his case in arbitration. I informed Ms. Moriarty that Plaintiff would be filing a request for arbitration, and that he was pursuing this Court action pursuant to FINRA Code of Arbitration Procedure § 13804.

3. On July 16, I emailed Ms. Moriarty, requesting, among other things, that Defendant withdraw their petition to compel arbitration and motion to stay these proceedings. On July 17, I made the same request in a phone call with Ms. Moriarty and Gordon Young, also counsel for Defendant. Mr. Young declined my request to withdraw this motion, but did not dispute the application of FINRA Code § 13804.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2008                                                    s/Matthew C. Helland
                                                                        Matthew C. Helland

-1-

**DECLARATION OF MATTHEW C. HELLAND**