NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
James H. Kaster, CA State Bar No. 248949
kaster@nka.com
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile:  (612) 338-4878

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charles Jason Moran,<br><br>    Plaintiff,<br><br>v.<br><br>Piper Jaffray & Co.,<br>d/b/a Piper Jaffray,<br><br>    Defendant. | **CASE NO: 08-cv-3188**<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION**<br><br>Date: October 10, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

**PLAINTIFFS' AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

**AMENDED NOTICE OF MOTION**

TO DEFENDANT AND ITS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT on October 10, 2008, at 9:00 a.m. or as soon thereafter as may be heard, in Courtroom 2, 17th Floor, the Honorable Jeffrey S. White presiding, in the above entitled Court located at 450 Golden Gate Ave., San Francisco, California, Plaintiff Charles Jason Moran will, and hereby does, move the Court for issuance of a preliminary injunction.

Plaintiff seeks an order enjoining the operation of Sections 2(d)(iii) and 2(d)(iv) of the 2007 and 2008 Restricted Stock Agreement between Plaintiff and Defendant, and Sections 2(c)(ii), 2(c)(iii) and 2(c)(v) of the 2006 Restricted Stock Agreement between Plaintiff and Defendant.

This amended notice of motion supersedes the notice of motion contained in Plaintiff's previously filed Notice of Motion and Motion for Preliminary Injunction and Memorandum and Points of Authorities, Dkt. 21.

Dated: 7/23/2008                    NICHOLS KASTER & ANDERSON, LLP

                                    By:    s/Matthew C. Helland
                                           Matthew C. Helland

                                    NICHOLS KASTER & ANDERSON, PLLP
                                    Attorneys for Plaintiffs and the Putative Class

**PLAINTIFFS' AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**