UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES JASON MORAN

      Plaintiff(s),                                    No. C 08-03188 JSW

   v.                                          **CLERK'S NOTICE**

PIPER JAFFRAY & CO.

      Defendant(s).

_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that on October 10, 2008, at **9:00 a.m.**, immediately following the hearing on Plaintiffs' Motion for Preliminary Injunction, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference previously noticed for **1:30 p.m.** , in this matter.

Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                                  Richard W. Wieking
                                                  Clerk, United States District Court

                                                  By:_____
                                                  Jennifer Ottolini, Deputy Clerk
                                                  Honorable Jeffrey S. White
                                                  (415) 522-4173

Dated:  July 24, 2008

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information