IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES JASON MORAN,

    Plaintiff,

v.

PIPER JAFFRAY & CO. d/b/a PIPER JAFFRAY,

    Defendant.

No. C 08-03188 JSW

**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    This matter is set for a hearing on October 10, 2008 on Plaintiff's motion for preliminary injunction. The Court HEREBY ORDERS that an opposition to this motion shall be filed by no later than August 7, 2008 and a reply brief shall be filed by no later than August 14, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 24, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE