GORDON C. YOUNG, CASB NO. 158100
Gordon.Young@kyl.com
JULIE A. KOLE, CASB NO. 203681
Julie.kole@kyl.com
ANNE MORIARTY, CASB No. 251803
Annie.moriarty@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
PIPER JAFFRAY & CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES JASON MORAN,<br><br>Plaintiff,<br><br>vs.<br><br>PIPER JAFFRAY & CO., d/b/a PIPER JAFFRAY,<br><br>Defendant. | Case No. CV 08-3188 JSW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date:** **October 10, 2008**<br>**Time:** **9:00 a.m.**<br>**Place:** **Department 2, 17th Floor**<br>**Judge:** **The Hon. Jeffrey S. White** |

KYL_SF464999

1  Plaintiff CHARLES JASON MORAN's ("Plaintiff") Motion for Preliminary
2  Injunction was heard on October 10, 2008 in Department 2 of the above-entitled Court,
3  the Honorable Jeffrey S. White presiding. Plaintiff was represented his attorneys of
4  record at Nichols, Kaster & Anderson LLP. Defendant was represented by its attorneys
5  of record at Keesal, Young & Logan. Having reviewed Plaintiff's Motion, Defendant's
6  Opposition thereto and Plaintiff's Reply Brief in support of his Motion, as well as the
7  oral argument presented by counsel, the Court hereby ORDERS as follows:
8
9  Plaintiff CHARLES JASON MORAN's Motion for Preliminary Injunction is
10 DENIED.
11
12 **IT IS SO ORDERED.**
13
14
15
16 DATED: October ____, 2008            _____
                                        HONORABLE JEFFREY S. WHITE
17
18
19
20
21
22
23
24
25
26
27
28

- i -                                                              KYL_SF464999

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION—CV 08-3188 JSW