NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
James H. Kaster, CA State Bar No. 248949
kaster@nka.com
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Charles Jason Moran,<br><br>                    Plaintiff,<br><br>v.<br><br>Piper Jaffray & Co.,<br>d/b/a Piper Jaffray,<br><br><br>                    Defendant. | **CASE NO: 08-cv-3188**<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO THE COURT AND ALL PARTIES ON RECORD

PLEASE BE ON NOTICE, that effective August 1, 2008, the law firm of Nichols, Kaster & Anderson, PLLP and Nichols, Kaster & Anderson, LLP changed its name to Nichols Kaster, PLLP and Nichols Kaster, LLP, respectively. Our address, phone number, and fax number have not changed.

1   Dated: August 7, 2008                    NICHOLS KASTER, LLP

2                                            By:    s/Matthew C. Helland
3                                                   Matthew C. Helland

4                                            NICHOLS KASTER, PLLP
                                             Attorneys for Plaintiffs and the Putative Class
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**-1-**