1  NICHOLS KASTER & ANDERSON LLP
   Matthew C. Helland, CA State Bar No. 250451
2  Helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA 94111
   Telephone: (415) 277-7235
4  Facsimile: (415) 277-7238

5  NICHOLS KASTER & ANDERSON, PLLP
6  James H. Kaster, CA State Bar No. 248949
   kaster@nka.com
7  4600 IDS Center, 80 S. 8th Street
   Minneapolis, MN 55402
8  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
9

10

11              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
12

13 | Charles Jason Moran, |
14 |                      Plaintiff, | **CASE NO: 08-cv-3188 (JSW)** |
15 | v. | **STATEMENT OF SUPPLEMENTAL AUTHORITY** |
16 | Piper Jaffray & Co., |
17 | d/b/a Piper Jaffray, |
18 |                      Defendant. | Complaint Filed: June 19, 2008<br>Honorable Jeffrey S. White |
19

20          Pursuant to the Court's Notice of Tentative Ruling and Questions (Dkt. 38), Plaintiff

21 hereby notifies the Court and Defendant of his intent to rely on FINRA Code of Arbitration

22 Procedure for Industry Disputes § 13309(a) at the hearing scheduled for August 22, 2008 at 9:00

23 A.M.  Pursuant to the Court's Notice of Tentative Ruling and Questions, Plaintiff will make

24 copies of the rule available at the hearing.

   Dated:  August 21, 2008                    NICHOLS KASTER, LLP
25

26                                    By:    /s/Matthew C. Helland
                                            Matthew C. Helland
27

28                                           NICHOLS KASTER, PLLP
                                            Attorneys for Plaintiffs

**STATEMENT OF SUPPLEMENT AUTHORITY**