IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 22, 2008  **Court Reporter:** Kathy Wyatt

**CASE NO.: C-08-3188  JSW**

**TITLE:** Charles Jason Moran v. Piper Jaffray & Company

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

James Kaster  Gordon Young
Matthew Holland  Annie Moriarty

**PROCEEDINGS:**   1) Motion to Compel Arbitration

2) Motion to Stay

**RESULTS:**   *The Court **tentatively GRANTS** Defendant's petition to compel arbitration and motion to stay proceedings.*

The Court cautioned counsel for plaintiff to properly e-file documents.
The Court heard argument from counsel.
The motions are taken under submission.
A written ruling shall issue