IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES JASON MORAN,

    Plaintiff,

  v.

PIPER JAFFRAY & CO.,

    Defendant.
_____/

No. C 08-03188 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

On August 25, 2008, this Court granted Defendant's motion to compel arbitration and stayed this matter. The Court HEREBY ORDERS the parties to submit a joint status report to the Court regarding the status of the arbitration proceedings by no later than March 13, 2009. The parties are FURTHER ORDERED to submit joint status reports to the Court every 120 days thereafter until the stay is lifted.

    **IT IS SO ORDERED.**

Dated: March 2, 2009

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE